**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 380 EAL 2020

            Respondent           :

                                         :   Petition for Allowance of Appeal

                                         :   from the Order of the Superior Court

           v.                    :

                                         :

JEFFREY PALMER,                         :

            Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.